Michael L. Becker, Esq.
LAS VEGAS DEFENSE GROUP, L.L.C.
2970 W Sahara Avenue
Las Vegas, NV 89102
Phone: (702) 530-2325
Fax: (702) 926-4345
Michael@702defense.com

*Representing defendant KENTON HARDY KING*

# UNITED STATES DISTRICT COURT
## For the
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KENTON HARDY KING,<br><br>　　　　Defendant. | Case No. 2:20-cr-00344-JAD-DJA |

### <u>DEFENDANT'S MOTION FOR LEAVE TO FILE MEDICAL LETTERS UNDER SEAL</u>

COMES NOW, Defendant Kenton Hardy King who, by and through counsel, Michael L. Becker of the Las Vegas Defense Group, L.L.C., pursuant to Local Rule IA 10-5, hereby requests leave of the Court to file the following document UNDER SEAL:

**Letter from John A. Pacult, LCSW**
**Fax from ICAN Family Services**

DATED this 22nd day of December, 2020.

　　　　　　　　　　　　　　　　/s/Michael L. Becker
　　　　　　　　　　　　　　　　Michael L. Becker, Esq.
　　　　　　　　　　　　　　　　Attorney for Defendant

1. APPLICABLE LOCAL RULE RELATING TO SEALED DOCUMENTS

A. LR IA 10-5 entitled "Sealed Documents"

Local Rule IA 10-05 entitled "Sealed Documents" states as follows:

(a) Unless otherwise permitted by statute, rule or prior court order, papers filed with a court under seal must be accompanied by a motion for leave to file those documents under seal.

B. LR IC 4-1(c)

Local Rule IC 4-1(c) entitled "Service" states as follows:

(b) Paper Service. Service of documents in paper form is required in the following circumstances, even if the document is electronically filed:

(4) When a document is filed under seal. See LR IA 10-5.

Per the attached affidavit of counsel, Defendant seeks leave to file medical letters under seal because they contain confidential medical/mental health related information.

DATED this 22nd day of December, 2020.

            /s/Michael L. Becker
            Michael L. Becker, Esq.
            Attorney for Defendant

Michael L. Becker, Esq.
LAS VEGAS DEFENSE GROUP, L.L.C.
2970 W Sahara Avenue
Las Vegas, NV 89102
Phone: (702) 530-2325
Fax: (702) 926-4345
Michael@702defense.com

*Representing defendant KENTON HARDY KING*

UNITED STATES DISTRICT COURT
For the
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>KENTON HARDY KING,<br><br>        Defendant. | Case No. 2:20-cr-00344-JAD-DJA<br><br>**AFFIDAVIT OF MICHAEL L. BECKER (LR IA 10-5(C))** |

I, MICHAEL L. BECKER, under penalty of perjury, declare as follows:

1. I am over 18 years and have personal kowledge of the facts stated herein and I am competent to testify to the facts herein and will so testify if called upon.

2. In accordance with Local Rule IA 10-5(a), this affidavit is provided to show good cause why Defendant is seeking the Leave to File said documents under seal, namely, letters from medical providers because they contain confidential medical/mental health related information

3

In declare under the penalty of perjury on information and belief under the laws of the State of Nevada and the United States that the foregoing is true and correct to the best of my knowledge.

DATED this 22nd day of December, 2020.

/s/Michael L. Becker
Michael L. Becker, Esq.
Attorney for Defendant

4

# UNITED STATES DISTRICT COURT
## For the
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00344-JAD-DJA |
| Plaintiff, | |
| v. | |
| KENTON HARDY KING, | |
| Defendant. | |

**ORDER**

Based upon the above-mentioned Motion and Affidavit and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that DEFENDANT'S MEDICAL LETTERS be filed under seal.

Dated this 23rd day of December, 2020

_____
UNITED STATES MAGISTRATE JUDGE

5

## CERTIFICATE OF SERVICE

I, MICHAEL L. BECKER, certify that the following individual was served with a copy of the **MOTION FOR LEAVE TO FILE MEDICAL LETTERS UNDER SEAL** by mailing a copy to:

Supriya Prasad
Assistant United States Attorney
United States Attorney's Office, District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101

DATED: December 22, 2020

                                                //s//
                                        Michael L. Becker
                                        Attorney for Defendant

6

# JOHN S. PACULT, LCSW, INC.

6655 W. Sahara, Suite B200, Las Vegas, Nevada 89146
Telephone: (702) 248-5456 Fax: (702) 889-4232

December 17th, 2020

The Las Vegas Defense Group
Mr. Michael V. Castillo, Esq.
2970 W. Sahara Ave.
Las Vegas, NV 89102

Re: Mr. Kenton King

Dear Mr. Castillo,

I have seen Mr. King for multiple therapy sessions since September and he has made significant progress. Mr. King has resumed gainful employment; has been attending an intensive outpatient treatment program in order to address addiction and impulse control, to include Neurofeedback to help with impulse control directly related to neurological pathways in the brain. Mr. King has also started taking medication (Luvox) to help with impulse control and he reports having almost no urges to act out in any way. Mr. King has also been attending Gambler's Anonymous and Sex Addicts Anonymous meetings and is developing increased insight into his history of addiction along with managing any current urges to do anything impulsive.

Mr. King has made extremely good progress in two and a half months and the only session he missed was due to contracting COVID. This therapist does not believe that Mr. King presents any type of a flight risk and he is doing well on house arrest. Ideally, he can remain on house arrest so he can continue with his very intensive and comprehensive outpatient treatment and gainful employment. This therapist also believes that based upon his history and current progress that Mr. King's reoffense risk is in the low risk range at this time as there are no identifiable or observable risk factors.

Respectfully submitted,

*John S. Pacult, LCSW*

John S. Pacult, LCSW, Clinical Director
Contracted Evaluator with DJJS, the
Department of Public Safety and certified
competency evaluator

# FAX COVER SHEET

**To:** 7029740524

**From:** ICAN Family Services <faxes@tcbilling.com>

**Company:**

**Date:** 12/21/2020 11:50

**Fax Number:** 7029740524

**Pages (Including cover):** 5

**Re:** Kenton King

**Notes:**

To: Michael Becker, Esq Criminal Defense Attorney at 702 Defense

ne: 702-530-2325

fax: 702-974-0524

email. Michael@702defense.com

phone: 702-530-2325

fax: 702-974-0524

email. Michael@702defense.com


From: Billye Darbe, MA, LCPC

Director of IOP & PHP

ICAN Family Services by TrueCare Treatment Centers

http://www.icanfamilyservices.com/

www.truecaretc.com



Best,

Jodie L. Goldberg, Executive Assistant

True Care Treatment Centers

Cell: # 702.378.6283

Fax: # 775-571-0279

https://www.truecaretc.com

https://www.icanfamilyservices.com

The information contained in this transmission may contain privileged and confidential information protected by federal and state privacy laws. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. Re-disclosure of privileged and confidential information is subject to criminal and civil penalties. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.



ICAN Family Services by TrueCare Treatment Centers

2901 N. Tenaya Way, Suite 100

Las Vegas, NV 89128

(702) 291-2151

From: Billye M. Darbe, LCPC
ICAN Family Services
2901 N. Tenaya Way, Suite 100
Las Vegas, NV 89128
Date: 12/21/2020

Regarding: Kenton King, DOB: 5/27/1995

Your Honor,

I am writing this letter on behalf of Kenton king, DOB 5/27/1995. My name is Billye Darbe, and I am a Licensed Clinical Professional Counselor at ICAN Family Services. I am the director of the PHP& IOP program. I regularly conduct group sessions, review notes, complete insurance authorizations, and supervise the IOP/PHP staff. I met the client when he began services at ICAN Family Services.

He has been attending the Intensive Outpatient Program (IOP) at ICAN Family Services. Kenton was assessment by our facility on 10/9/2020 and began services 10/12/2020. He currently does not have a scheduled discharge date. He attends our program 3x days a week (Monday, Wednesday, and Thursday) from 4 to 7 p.m. He receives group therapy, neurofeedback, and medication management.
He attended services on the following dates: 10/12, 10/14, 10/15, 10/19, 10/21, 10/22, 10/26, 10/28,10/29, 11/2, 11/4, 11/5, 11/9, 11/11, 11/12,11/16, 11/18,11/19,11/23 (program closed for Thanksgiving holiday on 11/25 & 11/26), 11/30, 12/2,12/3, 12/7, 12/9, 12/10, 12/14, 12/16, and 12/17. Kenton has attended all scheduled services.

Kenton currently participates with medication management services with our provider, Zelluyah Gaitho, PMHNP. He is currently prescribed Fluvoxamine 50mg QHS. He reports improvement and has been compliant with medication as prescribed by the provider.

Kenton has been participating in our program and we have been treating him for depression, anxiety, and impulsivity. Kenton presents to every group session, and individual service on-time. Client has been supportive, appropriate in group, and engaging. Kenton has begun to rebuild his life and has been working to improve himself. He reports improvement in mood, urges, and anxiety. He has been helpful, and insightful in the group process itself. Kenton has many stressors outside of the group and expresses the desire to improvement himself. Kenton has been a



ICAN Family Services by TrueCare Treatment Centers

2901 N. Tenaya Way, Suite 100

Las Vegas, NV 89128

(702) 291-2151

successful part of our group and continues to demonstrate the desire to grow. Kenton has demonstrated kindness, honesty, and integrity in the group. He has been honesty about events in his life with clinical staff and has continue to attend. Kenton reports a sincere desire to put his life back together.

Please let me know if I can be of any continue assistance.

Billye M. Darbe, LCPC

