CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
SUPRIYA PRASAD
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
supriya.prasad@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>KENTON HARDY KING,<br><br>    Defendant. | CASE NO: 2:20-cr-00344-JAD-DJA<br><br>STIPULATION TO CONTINUE REVOCATION HEARING |

   IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Damian R. Sheets, Esq., counsel for Defendant Kenton Hardy King, that the hearing currently scheduled for September 14, 2021 at 2:00 p.m. be vacated and continued until a time convenient to the Court, but no earlier than seven (7) days from the current setting.

   The parties are seeking a continuance as defense counsel needs time to confer with his client regarding the government's findings and the need for an evidentiary hearing. Defense counsel attempted to set an appointment to meet with his client, however, the detention center was unable to accommodate his request. As such, defense counsel was forced to schedule an appointment this week to discuss the matter with his client.

The parties believe that the hearing can be further delayed without serious harm to the interests of justice. Accordingly, the parties jointly and respectfully ask the Court to vacate and continue the revocation hearing until a time convenient to the Court, but no earlier than seven (7) days from the current setting. This is the first stipulation to continue the revocation hearing.

Dated this 13th day of September, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

By: /s/ *Supriya Prasad*  
SUPRIYA PRASAD  
Assistant United States Attorney

By: /s/ *Damian R. Sheets*  
DAMIAN R. SHEETS, ESQ.  
Counsel for Defendant Kenton Hardy King

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

            Plaintiff,

v.

KENTON HARDY KING

           Defendant.

CASE NO: 2:20-cr-00344-JAD-DJA

**ORDER**

IT IS ORDERED that the revocation hearing currently scheduled for September 14, 2021, at 2:00 p.m. be vacated and continued to September 29, 2021 at the hour of 1:00 p.m.

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3