RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Kenton Hardy King

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00344-JAD-DJA |
| Plaintiff, | ORDER **to Supplement Defendant's Motion to Suppress (ECF NO. 44)** |
| v. | (First request) |
| KENTON HARDY KING, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Kenton Hardy King, that the defendant shall have to and including February 17, 2023, to supplement his pending motion to suppress (ECF No. 44).

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that the government shall have to and including March 3, 2023, to file a response to the defendant's supplement.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that the defendant shall have to and including March 10, 2023, to file a reply to the government's response to his supplement.

This is the first stipulation to supplement defendant's motion to suppress filed herein.

DATED: December 19, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joanne L. Diamond*<br>Joanne L. Diamond<br>Assistant Federal Public Defender | By */s/ Supriya Prasad*<br>Supriya Prasad<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>KENTON HARDY KING,<br><br>   Defendant. | Case No. 2:20-cr-00344-JAD-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the defendant shall have to and including February 17, 2023, to supplement his pending motion to suppress (ECF No. 44).

IT IS FURTHER ORDERED that the government shall have to and including March 3, 2023, to file a response to the defendant's supplement.

IT IS FURTHER ORDERED that the defendant shall have to and including March 10, 2023, to file a reply to the government's response to his supplement.

DATED this 20th day of December 2022.

DANIEL J. ALBREGTS
United States Magistrate Judge

3