RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Kenton Hardy King

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00344-JAD-DJA |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION TO CONTINUE REPLY DEADLINES** |
| KENTON HARDY KING, | |
| Defendant. | |

    Mr. King moves the Court that the deadline for his replies to the Government's Response to Motion for a Bill of Particulars (ECF No. 76), the Government's Response to Motion to Suppress Contents of Internet Accounts (ECF No. 77), and the Government's Response to Motion to Suppress Cellphone Evidence (ECF No. 78), currently due on April 3, 2023, be vacated and continued by one week, to April 10, 2023.

    Mr. King brings this motion for the following reasons:

    1.    Defense counsel needs additional time to respond to the arguments raised in the government's responses.

2. The extra time requested will not delay the trial in this matter, set for June 27, 2023.

3. The defendant agrees with the need for a continuance.

4. The government does not oppose the request for a continuance.

5. This is the first request for a continuance of the reply deadlines.

DATED: March 29, 2023.

                                    RENE L. VALLADARES
                                    Federal Public Defender

By: */s/ Joanne L. Diamond*
     JOANNE L. DIAMOND
     Assistant Federal Public Defender
     Attorney for Kenton Hardy King

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENTON HARDY KING,<br><br>    Defendant. | Case No. 2:20-CR-00344-JAD-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the replies currently due on Monday, April 3, 2023, be vacated and continued to Monday, April 10, 2023.

DATED this 30th day of March, 2023.

_____
Daniel J. Albregts
United States Magistrate Judge

3