**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00344-JAD-DJA-1 |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| KENTON HARDY KING, | ECF No. 89 |
| Defendant. | |

Based on the parties' stipulation, IT IS ORDERED that upon consideration of the parties' Stipulation to Continue Objections to Report and Recommendation Deadline, the deadline to file Objections is extended to August 31, 2023; the deadline to file responses is extended to September 14, 2023.

DATED this 26th day of July 2023.

_____
UNITED STATES DISTRICT JUDGE