RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Kenton Hardy King

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KENTON HARDY KING,<br><br>　　　　Defendant. | Case No. 2:20-cr-00344-JAD-DJA<br><br>**STIPULATION TO CONTINUE HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and Between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Kenton Hardy King, that the hearing currently scheduled on February 27, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Counsel for the defendant start a two-week trial on February 26 in Reno in *United States v. James Patrick Burns*, 3:21-cr-00046-MMD-CSD. The trial is set to last through March 8, 2024.

　　　　2.　　Counsel for the government is unavailable from March 17-23.

3. The defendant is incarcerated and does not object to the continuance.

This is the first request for a continuance filed herein.

DATED February 23, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By */s/ Supriya Prasad*<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KENTON HARDY KING,<br><br>        Defendant. | Case No. 2:20-cr-00344-JAD-DJA<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant start a two-week trial on February 26 in Reno in *United States v. James Patrick Burns*, 3:21-cr-00046-MMD-CSD. The trial is set to last through March 8, 2024.

2. Counsel for the government is unavailable from March 17-23.

3. The defendant is incarcerated and does not object to the continuance.

## Conclusions of law

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when the considering the facts under Title 18, United States Code, § 316(h)(7)(B)(iv).

## **ORDER**

IT IS THEREFORE ORDERED that the hearing currently scheduled on Tuesday, February 27, 2024, at 9:30 a.m., be vacated and continued to March 25, 2024, at 3:00 p.m.

DATED this 26th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE