JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
STEVEN J. ROSE
Assistant United States Attorney
Nevada Bar No. 13575
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
Steven.Rose@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:20-cr-00344-JAD-DJA |
| Plaintiff, | |
| v. | **Stipulation and Order to Continue Evidentiary Hearing** |
| KENTON HARDY KING, | **(First Request)** |
| Defendant. | |

     The parties, by and through the undersigned, respectfully request that the Court vacate the Evidentiary Hearing set for April 11, 2024, at 9:30 a.m., and reset that hearing for a time convenient to the Court during the week of May 6, 2024, or as close thereafter as possible. In support of this request, the parties state the following:

     1.     The evidentiary hearing is currently set for April 11, 2024, at 9:30 am. (ECF No. 114).

     2.     The hearing was previously scheduled for April 4, 2024. (ECF No. 110).

     3.     After the hearing was set for April 4, 2024, but before the hearing, the parties

discussed a potential resolution to the case. *See Response to Motion to Continue* (ECF No. 111 at 7).

4. The parties have discussed a potential resolution that would resolve defendant King's case pending before this Court, and a case pending in state court.

5. The state prosecutor handling King's pending state case was out of the office until Monday, April 8, 2024. Counsel for the government spoke with the state prosecutor regarding that case and a possible resolution for both cases.

6. Counsel for the government, and King's counsel have discussed the possible resolution, and counsel for the government is in the process of drafting a plea agreement for King's counsel's review.

7. It will not be possible for King's counsel to review that agreement and discuss it with him prior to the April 11, 2024, hearing.

8. King's counsel is unavailable the week of April 15, 2024, and counsel for the government is currently set to start trial on April 22, 2024.

9. The parties are requesting the April 11, 2024, hearing be moved to the week of May 6, 2024, to allow the parties time to adequately discuss the plea negotiation with King, and address any concerns, without jeopardizing the current trial date of June 18, 2024.

Respectfully submitted this 10th day of April, 2024.

JASON M. FRIERSON
United States Attorney

| | |
|---|---|
| */s/ Steven J. Rose* | */s/ Joanne Diamond* |
| STEVEN J. ROSE | JOANNE DIAMOND |
| Assistant United States Attorney | Counsel for Defendant, KENTON HARDY KING |

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
STEVEN J. ROSE
Assistant United States Attorney
Nevada Bar No. 13575
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:20-cr-00344-JAD-DJA |
| Plaintiff, | **Order Approving Stipulation to Continue Evidentiary Hearing** |
| v. | |
| KENTON HARDY KING, | **(First Request)** |
| Defendant. | |

Based on the pending stipulation of the parties, and upon the Court's finding of good cause, IT IS HEREBY ORDERED:

that the evidentiary hearing currently scheduled for April 11, 2024, be vacated and continued to May 7, 2024 at the hour of 10:00 a.m.

DATED this 10th day of May, 2024.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

3