IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:20-cr-00344-JAD-DJA |
| Plaintiff,    ) | |
| ) | <u>ORDER TEMPORARILY</u> |
| vs.                        ) | <u>UNSEALING PROCEEDING</u> |
| ) | |
| KENTON HARDY KING,          ) | |
| ) | |
| Defendant.   ) | |
| _____ ) | |

    On June 17, 2024, this Court received a request from Amber McClane, Federal Official Court Reporter, for a transcript of the sealed Pretrial Conference held on June 14, 2024.

    **IT IS THEREFORE ORDERED** that the reporter notes of said hearing shall be unsealed for the limited purpose of providing the transcript as requested by Joanne Diamond, AFPD. The original reporter notes shall thereafter be resealed, together with the certified copy of the transcript delivered to the Clerk pursuant to 28 U.S.C. § 753(b), until further order of this Court.

    **IT IS FURTHER ORDERED** that Amber McClane, Federal Official Court Reporter, shall not disclose the contents of the transcript of the sealed proceeding to anyone other than the parties or representatives of the parties directly concerned with this case.

    **DATED** this 17th day of June, 2024.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE