UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America					2:20-cr-00344-JAD-DJA

vs.							MINUTES OF THE COURT

Kenton Hardy King					DATE: 06/20/2024

PRESENT: Honorable Jennifer A. Dorsey, U.S. District Judge

DEPUTY CLERK: Summer Rivera		REPORTER: Amber McClane

COUNSEL FOR PLAINTIFF(S): Steven Rose and Jean Ripley

COUNSEL FOR DEFENDANT(S): Joanne Diamond and Rebecca Levy

PROCEEDINGS: Jury Trial - Day 2

8:34 AM Court convenes outside the presence of the jury. All parties are present.

The Court GRANTS the Motion to seal ECF No. 174. The Clerk of Court is directed to maintain the seal on ECF No. 173.

The Court GRANTS the Stipulation to Governments exhibits ECF No. 182.

The Court and parties discuss an email sent by a juror in seat #4 requesting to be excused. The court and parties agree to canvass the juror when they arrive.

8:43 AM The court stands at recess.

9:08 AM The Court provides an update on the status of the jurors location. The court stands at recess.

9:19 AM The Court and parties agree to dismiss juror in seat #4 without canvassing them due to a late arrival and the information provided in an email.

9:26 AM The jury enters the courtroom.

**ANNE KEMPF**, is sworn and testifies on direct examination on behalf of the Government by Mr. Rose. **EXHIBITS 3, 4, 6-11, 31-36** are marked and admitted.

10:28 AM The Court excuses the jury for a morning break. The Court stands at recess.

10:39 AM Court reconvenes outside the presence of the jury.

10:43 AM The jury enters the courtroom.

**ANNE KEMPF**, being previously sworn, resumes the stand on direct examination by Mr. Rose.

12:01 PM The jury is admonished and excused for a break. The Court stands at recess.

12:16 PM The jury enters the courtroom.

**ANNE KEMPF**, being previously sworn, resumes the stand on cross examination by Ms. Levy. Redirect is conducted. Recross is conducted. The witness is excused.

**DETECTIVE JARED SPANGLER**, is sworn and testifies on direct examination on behalf of the Government by Ms. Ripley. **EXHIBIT 38** is marked and admitted.

1:31 PM The jury is admonished and excused for the day.

Housekeeping matters are discussed outside the presence of the jury.

1:39 PM Court adjourns.

Jury Trial continued to Friday, June 20,2024, at 8:30 AM in Courtroom 6D before Judge Jennifer A. Dorsey.

DEBRA K. KEMPI, CLERK
United States District Court
By: _____/s/_____
Summer Rivera, Deputy Clerk