**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00344-JAD-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| KENTON HARDY KING, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for September 23, 2024, 2024 at 10:00 a.m., be vacated and continued to November 12, 2024 at the hour of 10:00 a.m..

DATED this 7th day of August, 2024.

_____
Jennifer A. Dorsey
United States District Judge

3