<u>Exhibit Index</u>

Sealed Exhibit A ……….……………………….… Mental Health Evaluation
Sealed Exhibit B ……….………………………….Sex Offender Treatment Case Notes
Exhibit C …………………………………….…… Jessie Israel's Support Letter
Exhibit D ……………………………….………… Lawrence Israel's Support Letter
Exhibit E ……………………………….………… Diane Walters' Support Letter
Exhibit F …………………………….…………… Matt King's Support Letter
Exhibit G ……………………………….………… Linda Israel 's Support Letter