# EXHIBIT C

Jessie Israel



October 25, 2024

To: The Honorable Jennifer A. Dorsey,

U.S. District Court (c/o Joanne_Diamond@fd.org)

Re: United States v. Kenton Hardy King

Case No: 2:20-cr-344-JAD-DJA

I'm writing this note in support of my stepson, Kenton, who is currently awaiting sentencing hearing before District Court Judge Jennifer A. Dorsey.  I was at his trial a few months back and each day listened closely.  This has been a tough time for our family, and I appreciated Judge Dorsey's oversight of the process, the clarity, and even dose of levity she brought to the courtroom each day. We were certainly shocked when we found out the charges. As a family, this has been our first interaction with the criminal justice system, and we are doing our best to navigate the process. We have tried to talk with Kenton regularly since he was brought into custody in 2020.

I entered Kenton's life when he was in his mid-teens. I'm now 50 years old and married Kenton's father in 2015.  Matt raised Kenton since he was a toddler- his biological father passed away during the time Kenton has been in jail. I don't believe they were close.  Kenton was Matt's best man, spoke at our wedding and brought down the house. He's funny. He's quirky. He loves baseball and football, the TV show Archer, and video games. In college at UNLV, he studied film and storytelling.  While living in Las Vegas he adopted a rescue chihuahua named Markus, who adores him. Markus still perks up and stares intently at the phone with a furiously wagging tail when Kenton is on speaker. Kenton doesn't have a criminal history or history of truancy when he was younger. He doesn't drink – and never has. He grew up knowing the impact addiction and alcoholism can have on a family. I expect that has influenced his decisions over the years. He somewhat introverted.  I think we connected over that-- as two introverts who needed to work to overcome a bit of awkwardness in social situations. He's a good kid with a kind heart and sensitive soul. He loves his extended family and adopted my family when we entered each other's lives. We lean on him to incorporate more vegetables and less screen time in his daily diet. He has a sister who is in her twenties.  And he has a brother, Gus, who is now six years old and has no in-person memories of being together but keeps Kenton's soap box derby trophy in a place of honor on his bedroom bookshelf.

For the past 25 years I've worked in the environmental sector – for a large nonprofit organization and before that in County government. My background is in directing conservation programs that will lead to thriving public spaces, clean air, and clean water.  I work hard to integrate equity and human rights across our conservation portfolio. I consider myself to be pretty engaged in helping to make my community a better place. I was a Peace Corps volunteer and lived in a rural village in West Africa for two and a half years back in 1998 working as an agro-forester and building public infrastructure. Today, I am an active

part of an al-Anon community which brings me great strength and solace. When I see harm happening, I try to speak up. I say this because I want you to know that I believe in the laws that are designed to protect us and the most vulnerable among us. I believe in personal growth. I believe in public service and have admiration and gratitude for our judicial system.

Since the trial, Kenton and I have had long conversations about what happened.  He's deeply sorry and knows he really screwed up.  He knows right from wrong. He feels the person he was during the stress of early Covid lockdown and isolation doesn't represent who he was before, or who he is today. He knows he needs medication to support his mental health and impulse control. He also knows the law is the law and is ready to take responsibility for his actions- but hopes that it will not define his whole life.

Our hope is the same- that this doesn't ruin his whole future.  Judge Dorsey, our hope is that you recognize that Kenton is loved and supported by his family. We are all working hard to be the healthiest versions of ourselves so that we might best support him – no matter the outcome.  We hope you see that he is at low risk of reoffending. And that he's committed to living, learning, and becoming his best self while in jail and after. Fifteen years feels like a very long time for Kenton to be out of our family's day-to-day. It feels like a long time for a young man who is deeply sorry for his actions, poised for a fresh start, and with no prior history. I also recognize you will be able to consider something much, much longer.  I respectfully ask you to take all this into consideration to the extent that you are able.

With all sincerity,

*[signature]*

Jessie Israel