**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-344-JAD-DJA |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| KENTON HARDY KING, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1), (b)(2) and (b)(5); 18 U.S.C. § 2428(a)(1); 18 U.S.C. § 2428(b)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 2253(a)(1); and 18 U.S.C. § 2253(a)(3), based upon the jury verdict finding Kenton Hardy King guilty of the criminal offenses, forfeiting specific property set forth in the Bill of Particulars, the Stipulation for Forfeiture, and Forfeiture Allegations One and Two of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Kenton Hardy King was found guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 22; Minutes of Jury Trial, ECF No. 194; Verdict Form, ECF No. 196; Stipulation for Forfeiture, ECF No. 203; Preliminary Order of Forfeiture, ECF No. 207.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 10, 2024, through September 8, 2024, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 208-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States of America under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2428(a)(1);18 U.S.C. § 2428(b)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 2253(a)(1);18 U.S.C. § 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. an Apple iPhone 7, model number MN9V2LL, serial number F71SK0U5HG7G; and
2. an Apple iPhone XR, model number MRYR2LL, serial number FFWZC4R1KXKN

(all of which constitutes property)

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Kenton Hardy King and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED _November 12_, 2024.

JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE