RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ROHIT RAJAN
Assistant Federal Public Defender
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rohit_Rajan@fd.org

Attorney for Kenton Hardy King

**United States District Court**
**District of Nevada**

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>     v.<br><br>Kenton Hardy King,<br><br>             Defendant. | Case No. 2:20-cr-00344-JAD-DJA-1<br>**ORDER RE:**<br>**Unopposed Motion for Copies of Non-Public Docket for Appellate Purposes** |

Defendant Kenton Hardy King moves this Court for an order permitting the Clerk's office to provide copies of the non-public docket sheet to undersigned counsel and counsel for the government. The non-public docket is necessary for the parties to assemble and review Mr. King's record for his direct appeal to the Ninth Circuit. *See United States v. Kenton Hardy King,* 9th Cir. No. 24-6992. The non-public docket sheet lists all sealed or restricted documents not viewable on the public docket sheet. From the public docket, counsel has identified several missing docket entries: ECF Nos. 4, 10, 26, 28, 129, 143, 149, 150, 152, 154, 168, 172, 173, 179, 185, 197, 198, and 214.

Without the non-public docket sheet, the parties cannot determine the nature and relevance of the sealed or restricted documents for appeal. Review of

the non-public docket sheet will permit the parties to effectively determine which sealed or restricted documents need to be obtained and reviewed for direct appeal. If, after reviewing the non-public docket sheet, either party requires review of certain sealed or restricted documents, the party will request such items with specificity in a separate motion.

Access to the non-public docket is, therefore, necessary for counsel to provide constitutionally adequate representation for Mr. King and so the parties can accurately provide and cite the record on appeal. *See* Fed. R. App. P. 10(a); 9th Cir. Rules 10-2(b), 28-2.8, and 30-1; *see also, e.g.*, *United States v. Burns*, No. 3:21-cr-00046-MMD-CSD-1, ECF No. 300 (D. Nev. July 29, 2024) (granting unopposed motion for copy of nonpublic docket for appellate purposes); *United States v. Obayando*, No. 2:18-cr-00301-APG-MDC, ECF No. 161 (D. Nev. May 5, 2023) (same). For these reasons, undersigned counsel requests that the Court order the Clerk's office to provide copies of the non-public docket sheet to undersigned counsel and counsel for the government. A proposed order is attached for the Court's convenience.

The undersigned has contacted counsel for the government, Jean Ripley, and the government does not oppose this motion.

**Dated:** November 27, 2024

          Respectfully submitted,
          RENE L. VALLADARES
          Federal Public Defender

By: *s/ Rohit Rajan*
     Rohit Rajan
     Assistant Federal Public Defender
     Attorney for Kenton Hardy King

2

**United States District Court**
**District of Nevada**

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Kenton Hardy King,<br><br>　　　　Defendant. | Case No. 2:20-cr-00344-JAD-DJA-1<br><br>**Order Permitting Copies of<br>Non-Public Docket for Appellate<br>Purposes** |

IT IS HEREBY ORDERED that the Clerk's Office provide copies of the complete, non-public docket sheet to counsel for Kenton Hardy King and counsel for the United States of America.

**Dated**: December 3, 2024.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE